UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE M. ALEXANDER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10776-JLT |
| | * | |
| UNIVERSITY OF MASSACHUSETTS | * | |
| MEDICAL SCHOOL, ET AL., | * | |
| | * | |
| Defendants. | * | |

ORDER

August 19, 2010

TAURO, J.

After reviewing the written submissions, this court hereby orders that:

1. Plaintiff's Motion for Leave to File a Second Motion for Temporary Restraining Order and Preliminary Injunction [#76] is DENIED WITHOUT PREJUDICE to being re-filed by counsel.

2. Plaintiff's Motion to Impound Medical Records [#77] is ALLOWED WITHOUT PREJUDICE to being re-filed by counsel.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge