UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTINE M. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 09-10776-JLT |
| LAWRENCE M. WEINER, ASSISTANT DEPUTY COMMISSIONER FOR CLINICAL SERVICES, MASSACHUSETTS DEPARTMENT OF CORRECTIONS[1], ROBERT DIENER, M.D., REBECCA LUBELCZYK, M.D., and DOES 1-10, all in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO WITHDRAW WITHOUT PREJUDICE
PLAINTIFF'S CLAIMS WITH RESPECT TO FINASTERIDE**

In order to streamline the proceedings, Plaintiff Christine Alexander hereby moves to withdraw without prejudice her claim for the Defendants Lawrence M. Wiener, Robert Diener, M.D., Rebecca Lubelczyk, M.D., and DOES 1-10 (collectively "Defendants") to provide her with finasteride. Ms. Alexander does not seek to withdraw her other claims against the Defendants, including her claim that the Defendants be ordered to provide Ms. Alexander with laser hair removal treatment.

---

[1] This action was originally brought against Terre Marshall in her capacity as Assistant Deputy Commissioner for Clinical Services at the Department of Corrections ("DOC"). Terre Marshall is no longer serving in that capacity. Pursuant to Fed. R. Civ. P. 25(d), Ms. Marshall's successor, Lawrence M. Weiner, has been automatically substituted as a party.

Counsel for each of the Defendants has had the opportunity to review this Motion, and counsel has reported that their respective clients will not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court permit Ms. Alexander to withdraw without prejudice her claims against Defendants with respect to her request for finasteride.

Respectfully submitted,

/s/ Matthew S. Barrett
Jean-Paul Jaillet (BBO #647299)
Matthew S. Barrett (BBO #673882)
CHOATE, HALL & STEWART LLP
jpjaillet@choate.com
mbarrett@choate.com
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000

Dated: January 11, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2012.

/s/ Matthew S. Barrett