UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE M. ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE M. WEINER, ASSISTANT DEPUTY COMMISSIONER FOR CLINICAL SERVICES, MASSACHUSETTS DEPARTMENT OF CORRECTIONS, ROBERT DIENER, M.D., REBECCA LUBELCZYK, M.D., and DOES 1-10, all in their individual and official capacities,<br><br>    Defendants. | Civil Action No. 09-10776-JLT |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff Christine Alexander ("Alexander" or "Plaintiff") and Defendants Lawrence M. Weiner, Robert Diener, M.D., and Rebecca Lubelczyk, M.D. ("Defendants") ("Plaintiff" and "Defendants" collectively "Parties") hereby submit this report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(D).  On March 15, 2012, counsel for Plaintiff and counsel for all of the Defendants telephonically met and conferred as to the topics addressed by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1.  As a result of the parties' conference, Plaintiff and Defendants have been unable to reach an agreement on a proposed discovery plan and hereby submit the following proposed discovery plans for the Court's consideration.

## I. Discovery Schedule

### A. Plaintiff's Proposed Schedule

| Event | Proposed Date |
| --- | --- |
| Initial Scheduling Conference | April 2, 2012 |
| First Set of Requests for Production Served | April 10, 2012 |
| Responses to Requests for Production Served | May 7, 2012 |
| All Responsive Documents Served | May 7, 2012 |
| Parties Make Expert Disclosures And Exchange Expert Reports | June 15, 2012 |
| Deadline to Amend Complaint/Add Parties | July 2, 2012 |
| Rebuttal Expert Reports Served | July 13, 2012 |
| Close of Fact and Expert Discovery | July 31, 2012 |
| Deadline For Dispositive Motions | August 10, 2012 |

### B. Defendants' Proposed Schedule

| Events – Phase I | Proposed Date |
| --- | --- |
| Initial Scheduling Conference | April 2, 2012 |
| First Set of Requests for Production Served | April 10, 2012 |
| Responses to Requests for Production Served | May 10, 2012 |
| All Responsive Documents Served | May 10, 2012 |
| Deadline to Amend Complaint/Add Parties | July 1, 2012 |
| Depositions of all parties (4) | July 1, 2012 |
| **Events – Phase II** | |
| Depositions of non-party witnesses (if necessary) | September 10, 2012 |
| Plaintiff's Expert Disclosures And Expert Reports | October 10, 2012 |
| Defendant's Expert Disclosures And Expert Reports | November 10, 2012 |
| Rebuttal Expert Reports Served | November 23, 2012 |
| Depositions of Experts | December 31, 2012 |

| Close of Fact and Expert Discovery | December 31, 2012 |
| --- | --- |
| Deadline For Dispositive Motions | January 31, 2013 |

**II.     Limitations on Discovery**

    **A.     Plaintiff's Position**

Plaintiff and Defendants have a disagreement of interpretation about the Court's orders regarding what forms of discovery are permissible without leave of Court.  Plaintiff intends to serve document requests on the Defendants, and may later serve interrogatories;  to the extent leave of Court is required for these discovery requests, Plaintiff seeks leave.  Plaintiff further agrees to be bound by the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts with respect to limitations on discovery.

    **B.     Defendants' Position**

The defendants believe that their discovery proposal is more in line with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Modified Discovery Order, which encourage phased and limited discovery.   In the defendants' view, the Court's Modified Discovery Order clearly does not allow propounding interrogatories or requests for production of documents without further order of the Court.  To the extent permitted by the Court, the defendants would also propound document requests and interrogatories to the plaintiff.

**IV.     Local Rule 16.1(D)(3) Certifications**

    **A.     Certification of Counsel and Clients**

Pursuant to Local Rule 16.1(d)(3), the parties and counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the

litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

/a/  Christine Alexander

/s/ Matthew S. Barrett
Jean-Paul Jaillet (BBO #647299)
jpjaillet@choate.com
Matthew S. Barrett (BBO #673882)
mbarrett@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.:  (617) 248-5000

*Attorneys for Plaintiff Christine Alexander*

/s/ Lawrence M. Weiner

/s/ Richard C. McFarland
Richard C. McFarland (BBO #542278)
Legal Divison
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, Ext. 132

*Attorney for Defendant Lawrence M. Weiner*

March 23, 2012

/s/  Rebecca Lubelczyk, M.D.

/s/ Stephen M. O'Shea
Stephen M. O'Shea (BBO #559236)
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

*Attorney for Defendant Rebecca Lubelczyk*

/s/  Robert Diener, M.D.

/s/ Stephen E. Hughes
Stephen E. Hughes (BBO #629644)
Bonner, Kiernan, Trebach & Crociata, LLP
200 Portland Street, Suite 400
Boston, MA 02114
(617) 426-3900
shughes@bonnerkiernan.com

*Attorney for Defendants Robert Diener*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2012.

                                                                           /s/ Matthew S. Barrett

5088177v1