August 31, 2012

FILED
IN CLERKS OFFICE
2012 SEP -6 P 1:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Ms. Joones,

I am respectfully contacting you with regards to Alexander v Wiener, Diener, civil action No: 09-10776-JLT.

The reason for this correspondence is some trouble I'm having with the attorney His Honor Judge Tauro appointed to this case.

As you might know, I am a transgendered prisoner serving a life sentence without the possibility for parole. The latter is due to my stupidity.

If you have read any of my letters to Judge Tauro, then you may be familiar with my issues with the Department of Corrections, (DOC). Because of their negligence in treating my gender dysphoria, I am suffering mentally. They won't listen to my complaints. - Or should I say, they won't take me serious enough to do anything but deny me the effective treatment I need to fully feminize. This causes me undue pain and suffering, which to my understanding is woeful.

The DOC finally agreed to allow me to receive complete facial hair

(2)

removal by laser and electrolysis treatments. I've also been given the finasteride, of which both the hair removal and medication were the only two issues the appointed attorney put in his 2nd amended complaint. I; however, disagreed with the complaint becoming so thin... I needed to at least see a GID specialist for the remaining treatments I may need. The medication issue was in the original complaint along with all the issues above mentioned.

Since the very start of The attorney's appointment, he has done an awesome job in helping me get the two things in his 2nd amended complaint. Now he wants me to sign a settlement agreement, which is not federally protected, therefore, I'll be in the state court where the DOC. has much more play to use their tricks of deception ~~in the courtroom there~~

Ms. Jenness, I do not want to lose His Honor Judge Tauro because he is very familiar with GID. He will ajudicate things effectively because of his extensive knowledge of my disorder. Gender dys-phoria is a difficult illness for most

people to understand, let alone a very intelligent corporate lawyer such as the one working on my case.

The appointed attorney has had no prior experience or knowledge of prisoner litigation, nor the psychological issues surrounding gender dysphoria. I've tried many times to tell him so, but my woes seem to have failed miserably since he is attempting to withdraw from this civil case. I asked a friend of mine to instruct the lawyer on how to petition the court for funds, since he had no idea. He even tried desperately to get Randi Kaufman to evaluate and testify on my behalf for pro bono! She wouldn't do it as she has a family to feed, but then we got approval for 5 thousand dollars to pay her. The attorney did not make use of this money!!

I was under the impression that she would evaluate me for all of my GID needs, Hoping she would see that my meds were deficient, I needed voice surgery, and helping me get the hair off of my face kept me going. Then, the lawyer told me that we weren't going to move further with the case. ☹ This upset me very much.

(4)

Sometime ago, before all this when I complained about the medication issue, the lawyer and I talked about experts and the like. We seemed to have been on the same page about all my GID issues. He even tried to get the DOC to provide me with a beige colored bra so I can wear white t-shirts in a male prison setting. I believe the DOC said no, or he didn't get that far with the request. I'm not sure, really.

Later on, the lawyer told me that his firm was not going to sue a doctor, or put GlaxoSmithKline medication in a settlement agreement. I really needed to see Randi Kaufman, bad. My feeling of the firm was dire, and knew things were not going to end well. However, I stuck to my guns. I needed these medications fixed. There's more.

Because my attorney is quitting this case it's causing me tremendous stress on top of my already volatile life. I don't know how to litigate and am so very scared to speak with His Honor Judge Tauro for fear he'll be upset with me because of the instant problems with the lawyer... I need

(5)

what I need and cannot compromise that. His Honor must see the things I've written to him. My heart is in those letters as is this one.

I understand that the motion and affidavit is not properly in the court, but I don't know what to do. I really, really need this relief. Living in this body stinks. To better it would make life a lot more ~~bearable~~ bearable to live in for the rest of my life in prison.

The questions I have are; ① If the Judge allows the withdrawl motion, does it mean I'm on my own?... Or, will he find me another ~~[illegible]~~ lawyer?
② If I must go pro se, how much lattitude will he give me since I have no idea on how to write law?
③ How far is he willing to go to help me even though I'm a prisoner?
④ Will he help me? ⑤ Is the case over?

In closing, I don't expect anything, but hope that His Honor believes the things I've written in past correspondence. The issue with the attorney is one that could have been avoided if I was told from the beginning that

(6)

the complaint will not be amended. I was under the impression of a lot of things and had expectations of such. Now, it seems that this law firm does not want to further this suit as it is already in the hands of a Judge who knows everything there is to know about GID and his decisions would without a doubt be the correct one based on truth and knowledge of an illness most people know nothing about including my attorney and the so-called GID Committee that is filled with non-GID personell.

Please help me. I don't want to lose His Honor Judge Tauro, or this case.

Sincerely,

[signature]

Christine Alexander
Box 43
Norfolk, ma 02056

P.S.

would you please send me an updated copy of my dockets? Thanks!

Civil No: 09-10776-JLT


Alexander
Box 43
Norfolk, ma
02056
BROCKTON MA 023
04 SEP 2012 PM 3 L
SCREENED
USA FIRST-CLASS FOREVER
Ms. Susan Jennass
United States District Court
Courthouse Way
Suite 2300
Boston, ma 02210
02210+3025