Christine M. Alexander
Box 43
Norfolk, ma 02056

September,

Docket Clerk,
ms. Clary Geraldino - Karasek
Suite 7110

Dear ms. Geraldino - Karasek,

Please add the following footnote #11 to page #3 of my memorandum in Support of the Motion to Appoint a GID expert to Conduct an Individualized assessment.

I misplaced this footnote, which in turn, prevented me from remembering it existed... Please add it to the end of the first paragraph on page 3.

I apologize for this inconvenience.

Sincerely,

Christine Alexander

Please Add to Page 3 of Memorandum.

## Footnote # 11

(11) Dr. Steele agreed that occasionally a patient will be better off with a branded drug than a generic, but he testified that the frequency was rare, perhaps one in fifty patients in his family practice.



Christine Alexander
Box 43
Norfolk, MA 02056

USA FIRST-CLASS FOREVER

BROCKTON MA 023

19 SEP 2012 PM 3 L

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket Clerk, Ms Clary Geraldino-Karasek
1 CourtHouse Way - Suite 7110
Boston, MA 02210

02210+3003