UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE M. ALEXANDER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10776-JLT |
| | * | |
| LAWRENCE WEINER and | * | |
| ROBERT DIENER, M.D., | * | |
| | * | |
| Defendants. | * | |

ORDER

September 27, 2012

TAURO, J.

After a hearing held on September 24, 2012, this court hereby orders that:

1. The Motion to Withdraw by Plaintiff's counsel [#155] is DENIED WITHOUT PREJUDICE.

2. Plaintiff shall file an Agreement for Judgment by October 5, 2012, that details the parties' agreement to provide Plaintiff with laser hair removal treatment and Finasteride.

3. Plaintiff shall file a Proposed Order authorizing an individualized and independent Gender Identity Disorder assessment of Plaintiff by October 5, 2012. The order shall contain the names of three Gender Identity Disorder experts proposed by the Plaintiff and three Gender Identity Disorder experts proposed by the Defendants.

4. Plaintiff shall file a Stipulation of Dismissal of Claims against Defendant Robert B. Diener by October 5, 2012.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro    
United States District Judge