UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE M. ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LAWRENCE M. WEINER, ASSISTANT DEPUTY COMMISSIONER FOR CLINICAL SERVICES, MASSACHUSETTS DEPARTMENT OF CORRECTIONS, and ROBERT DIENER, M.D.,<br><br>　　　　　Defendants. | Civil Action No. 09-10776-JLT |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Christine Alexander and Defendant Robert Diener, M.D., by their undersigned counsel, that any and all claims as between these parties are hereby voluntarily dismissed in their entirety, without prejudice. Each party bears its own costs and attorneys' fees.

5524798v1

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew S. Barrett | /s/ Stephen E. Hughes |
| Jean-Paul Jaillet (BBO #647299) | Stephen E. Hughes (BBO #629644) |
| jpjaillet@choate.com | Bonner, Kiernan, Trebach & Crociata, LLP |
| Matthew S. Barrett (BBO #673882) | 200 Portland Street, Suite 400 |
| mbarrett@choate.com | Boston, MA 02114 |
| CHOATE, HALL & STEWART LLP | (617) 426-3900 |
| Two International Place | shughes@bonnerkiernan.com |
| Boston, MA 02110 | |
| Tel.:  (617) 248-5000 | *Attorney for Defendant Robert Diener* |

*Attorneys for Plaintiff Christine Alexander*

/s/ Richard C. McFarland
Richard C. McFarland (BBO #542278)
Legal Divison
Department of Corrections
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, Ext. 132

*Attorney for Defendant Lawrence M. Weiner*

October 4, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicate as non-registered participants on October 4, 2012

                                        /s/ Matthew S. Barrett