UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHRISTINE M. ALEXANDER,             )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )   Civil Action No. 09-10776-JLT
LAWRENCE M. WEINER, ASSISTANT       )
DEPUTY COMMISSIONER FOR CLINICAL    )
SERVICES, MASSACHUSETTS             )
DEPARTMENT OF CORRECTIONS           )
                                    )
                                    )
            Defendants.             )
_____ )

## SUBMISSION OF PROPOSED ORDER

  Plaintiff Christine Alexander ("Alexander") submits this Proposed Order in response to this Court's September 27, 2012 Order (the "Order") (Docket No. 168). Paragraph 2 of that Order provides: "Plaintiff shall file an Agreement for Judgment by October 5, 2012, that details the parties' agreement to provide Plaintiff with laser hair removal treatment and Finasteride." Pursuant to this paragraph, Alexander provided a draft Agreement for Judgment to Defendant Lawrence M. Weiner, Assistant Deputy Commissioner for Clinical Services, Massachusetts Department of Corrections (the "DOC"). However, the Parties have been unable to agree on a form for the Agreement for Judgment. In order to comply with the Order, Alexander has submitted herewith, as <u>Exhibit A</u>, a Proposed Order that details the DOC's agreement to provide Alexander with laser hair removal treatment and finasteride.

  WHEREFORE, Alexander respectfully requests that the Court grant the Proposed Order.
Respectfully submitted,

5529684v2

        /s/ Matthew S. Barrett
Jean-Paul Jaillet (BBO #647299)
jpjaillet@choate.com
Matthew S. Barrett (BBO #673882)
mbarrett@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.:  (617) 248-5000

*Attorneys for Plaintiff Christine Alexander*

Dated: October 5, 2012

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicate as non-registered participants on October 5, 2012

        /s/ Matthew S. Barrett

5529684v2