UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE M. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE M. WEINER, ASSISTANT DEPUTY COMMISSIONER FOR CLINICAL SERVICES, MASSACHUSETTS DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Civil Action No. 09-10776-JLT |

## ORDER

October 10, 2012

TAURO, J.

    Pursuant to this court's September 27, 2012 Order [#168], and upon consideration of the proposed documents [#172, 174] submitted by the parties and Plaintiff's request [#156] that the court appoint an independent expert, the court hereby orders that:

1. Plaintiff Alexander shall be evaluated, per her request, by an independent endocrinologist ("Expert") with significant experience treating patients with Gender Identity Disorder ("GID") to evaluate the effectiveness of the medications prescribed to treat Alexander's GID.

2. The Parties shall jointly arrange for Alexander to be evaluated by the Expert to determine: a) whether the form of spironolactone sold under the brand name "Aldactone" would be more effective at treating Alexander's GID than the generic form of spironolactone with which Alexander is currently provided; and b) whether

       the form of finasteride sold under the brand name "Proscar" would be more effective in treating Alexander's GID than the generic form of finasteride with which Alexander is currently provided.

3. Plaintiff proposes the following three Expert candidates: 1) Dr. Graham McMahon; 2) Dr. Stuart Chipkin; and 3) Dr. Kevin Kapila. Dr. McMahon is an assistant professor at Harvard Medical School, practices in the Division of Endocrinology at Brigham and Women's Hospital, and has treated numerous patients with GID. Dr. Chipkin is a Research Professor at the University of Massachusetts-Amherst, practices in the Endocrinology practice of Valley Medical Group in Amherst, Massachusetts, has treated numerous patients with GID, and has published articles on the treatment of individuals with GID. Dr. Kapila is an internist and psychiatrist at Fenway Health in Boston and has treated numerous patients with GID.

4. Defendant proposes the following Expert candidates: 1) Dr. George Qiao and 2) Dr. Joshua Safer. Dr. Qiao is an assistant professor at the Tufts University School of Medicine and practices endocrinology at the Carney Hospital and Shattuck Hospital. Dr. Safer is an associate professor at the Boston University School of Medicine and practices endocrinology at Boston Medical Center. Dr. Safer has experience treating patients with GID and has treated a number of DOC inmates with GID, including the plaintiff.

5. The court selects Dr. Graham McMahon as the Expert to evaluate Alexander.

6. In the event that Dr. McMahon cannot perform the evaluation, the Parties will inform the court, and the court will select a replacement Expert from the proposed

       candidates to conduct the evaluation.

7. The Department of Corrections shall ensure that the Expert is provided reasonably prompt access to Alexander in order to conduct the evaluation. The evaluation shall be conducted by November 16, 2012. No extensions will be granted.

8. The Expert shall provide a written report summarizing his findings and any recommendations. The Expert shall complete the report by December 10, 2012.

9. The Parties shall file the Expert's report and a Joint Status Report with the court by January 4, 2013. The Joint Status Report shall comment on the import of the report and may address the availability of medications prescribed or recommended.

10. The court will reimburse the Parties for the costs and fees incurred by the Expert, provided that counsel submit the specific request for funds on the form included as <u>Attachment A</u> to the court's Reimbursement Guideline Plan.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro  
                                                United States District Judge