UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTINE M. ALEXANDER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10776-JLT |
| | * | |
| LAWRENCE WEINER, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 28, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the October 9, 2013 Report and Recommendation

[#215] of Magistrate Judge Collings. For the reasons set forth in the Report and

Recommendation, this court hereby orders that Plaintiff's Motion for Court to Approve Plaintiff's

Costs [#204] is DENIED.

Further, this court orders that a total of three hundred seventy-nine dollars and sixty cents

($379.60) in taxable costs shall be taxed to Defendant Weiner as costs of the litigation.

This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge